# EXHIBIT 65



# GOGAS UNIVERSAL
## We Keep You Going!

**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

MYGALLONS.COM
STEVEN VERONA
1655 OAKWOOD DRIVE
UNIT N405
Penn Valley, PA 19072

INVOICE NUMBER: 43683CI
ACCOUNT NUMBER: 621143
INVOICE DATE: 04/15/08
DUE DATE: 05/05/08
Invoice Period: Apr 2008
PAGE 1

```
MEMBER B27001
   1  04/04  DRIVER                    Previous Odometer:   0
   1  04/04  DRIVER   513783  UNL                      0  0  16.530  0.0  2.969  49.08  49.08  0.00
   1  04/11  DRIVER   516893  SUPER                    0  0  16.580  0.0  3.499  58.02  58.02  0.00
                                                             33.110     Subtotal  107.10  107.10  0.00

MEMBER B27007
   7  04/10  DRIVER                    Previous Odometer:   0
   7  04/10  DRIVER   548249  UNL                      0  0  20.770  0.0  3.150  65.42  65.42  0.00
                                                             20.770     Subtotal   65.42   65.42  0.00

MEMBER B27017
  17  04/12  DRIVER                    Previous Odometer:   0
  17  04/12  DRIVER   548078  PLUS                     0  0  15.230  0.0  3.299  50.24  50.24  0.00
                                                             15.230     Subtotal   50.24   50.24  0.00

                                                                       Fuel Subtotal  222.76
```

```
Where you Shopped        Transactions     Trans                              Universal
                                          Rate      Gallons      Ratio      Subtotal
Universal Site Usage           4          0.00      69.11       100.00       0.00
Subtotal:                      4                    -----                    -----
                                                    69.11                    0.00

SITE LISTING
513783    TURNERSVILLE, NJ    5880 ROUTE #42
516893    BLUE BELL, PA       889 DEKALB PIKE     TURNERSVILLE  NJ
548078    WESTERVILLE, OH     5230 WARNER RD      BLUE BELL     PA
548249    SUN CITY, AZ        10701 N WEST GRAND  WESTERVILLE   OH
                                                  SUN CITY      AZ
```

| CURRENT INVOICE TOTAL | 222.76 |

```
EXCISE TAX SUMMARY
                          Base       Rate       Tax       PRODUCT SUMMARY
FEDERAL  Fed Exc Gas      69.11    0.18400    12.71                  Qty     Amount
NJ       ST EX G          16.53    0.10500     1.74       UNL        37.3    114.50
FEDERAL  FED ENVIR RE     69.11    0.00120     0.08       SUPER      16.6     58.02
PA       ST EX G          16.58    0.26200     4.34       PLUS       15.2     50.24
PA       CY SLS TX        20.77    0.05000     2.86                          -------
AZ       ST EX G          20.77    0.18000     3.74       total      69.1    222.76
AZ       Inspection       20.77    0.01000     0.21
OH       ST EX G          15.23    0.26000     3.96       TOTAL              -------
OH       ST SLS TX                 0.07000     2.84                          222.76
                                              -----
                             tax total        32.48
```



Thank You for Your Business

GOGAS000591



**GOGAS** UNIVERSAL
*We Keep You Going!*

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

MYGALLONS.COM
STEVEN VERONA
1655 OAKWOOD DRIVE
UNIT N405
Penn Valley, PA  19072

INVOICE NUMBER    43883
ACCOUNT NUMBER    621143
INVOICE DATE      04/15/08
DUE DATE          05/05/08
Invoice Period:   Apr 2008
PAGE              2

TOTALS BY CARD

| | | gallons | net amount | state tax exempt amount | fed tax exempt amount | other tax exempt amount | gross amount |
|---|---|---|---|---|---|---|---|
| 1 MEMBER B27001 | 27001 | 33.11 | 107.10 | 0.00 | 0.00 | 0.00 | 107.10 |
| 7 MEMBER B27007 | 27007 | 20.77 | 65.42 | 0.00 | 0.00 | 0.00 | 65.42 |
| 17 MEMBER B27017 | 27017 | 15.23 | 50.24 | 0.00 | 0.00 | 0.00 | 50.24 |
| | | 69.11 | 222.76 | 0.00 | 0.00 | 0.00 | 222.76 |

TOTALS BY DRIVER PIN

| | gallons | net amount | state tax exempt amount | fed tax exempt amount | other tax exempt amount | gross amount |
|---|---|---|---|---|---|---|
| 002468  DRIVER | 69.11 | 222.76 | 0.00 | 0.00 | 0.00 | 222.76 |
| | 69.11 | 222.76 | 0.00 | 0.00 | 0.00 | 222.76 |

PAYMENT/CREDIT INFORMATION

Credit Limit:      7,500.00
Credit Available:  7,277.24

| Transaction | Invoice | Date | Reference | Amount |
|---|---|---|---|---|
| | | | Prior Bal. | 0.00 |

| Current Month | Current | 30 days | 60 days | 90 days | over 120 | Unapplied | Total Due |
|---|---|---|---|---|---|---|---|
| 222.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 222.76 |

Thank You for Your Business

GOGAS000592


# GOGAS UNIVERSAL
## We Keep You Going!

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

MYGALLONS.COM
STEVEN VERONA
1655 OAKWOOD DRIVE
UNIT N405
Penn Valley, PA   19072

| | |
|---|---|
| INVOICE NUMBER | 43983 |
| ACCOUNT NUMBER | 621143 |
| INVOICE DATE | 04/15/08 |
| DUE DATE | 05/05/08 |
| Invoice Period: | Apr 2008 |
| PAGE | 3 |

Dear valued customers,

Beginning December 1st 2007, finance charge calculations will begin on the 25th of each month. Please make a note of this in your billing system. Thank you for your understanding. If you have any questions about this change or your invoice, please call our help desk at 866-712-5802 or email us at billing@gogasfleet.com.

------ PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT ------

Account # 621143    MYGALLONS.COM

Remit to: GOGAS Fleet
  Attn: Fleet Department
    3301 Burnt Mill Dr
    Wilmington    , NC 28403

| | | |
|---|---|---|
| Current Invoice | $ | 222.76 |
| Prior Balance | $ | 0.00 |
| Finance Charge | $ | 0.00 |
| Total Due | $ | 222.76 |

Check # _____  Amount $ _____

Thank You for Your Business

GOGAS000593