Exhibit 32



**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802  
Toll Free: (866) 712-5802  
Fax: (910) 251-0079  
Email: billing@gogasfleet.com

MYGALLONS.COM  
STEVEN VERONA  
1655 OAKWOOD DRIVE  
UNIT N405  
Penn Valley, PA  19072

INVOICE NUMBER    43883CT  
ACCOUNT NUMBER    621143  
INVOICE DATE      04/15/08  
DUE DATE          05/05/08  
Invoice Period:   Apr 2008  
PAGE       1

| card | date | driver | site | product | odometer | distance | gallons | mpg | price | gross amount | net of tax amount | exempt amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEMBER B27001 | | | | Previous Odometer: | | 0 | | | | | | |
| 1 | 04/04 | DRIVER | 513783 | UNL | 0 | 0 | 16.530 | 0.0 | 2.969 | 49.08 | 49.08 | 0.00 |
| 1 | 04/11 | DRIVER | 516893 | SUPER | 0 | 0 | 16.580 | 0.0 | 3.499 | 58.02 | 58.02 | 0.00 |
| | | | | | | | 33.110 | | Subtotal | 107.10 | 107.10 | 0.00 |
| MEMBER B27007 | | | | Previous Odometer: | | 0 | | | | | | |
| 7 | 04/10 | DRIVER | 548249 | UNL | 0 | 0 | 20.770 | 0.0 | 3.150 | 65.42 | 65.42 | 0.00 |
| | | | | | | | 20.770 | | Subtotal | 65.42 | 65.42 | 0.00 |
| MEMBER B27017 | | | | Previous Odometer: | | 0 | | | | | | |
| 17 | 04/12 | DRIVER | 548078 | PLUS | 0 | 0 | 15.230 | 0.0 | 3.299 | 50.24 | 50.24 | 0.00 |
| | | | | | | | 15.230 | | Subtotal | 50.24 | 50.24 | 0.00 |
| | | | | | | | | | Fuel Subtotal | | 222.76 | |

| Where you Shopped | Transactions | Trans Rate | Gallons | Ratio | Universal Subtotal |
|---|---|---|---|---|---|
| Universal Site Usage | 4 | 0.00 | 69.11 | 100.00 | 0.00 |
| Subtotal: | 4 | | 69.11 | | 0.00 |

SITE LISTING  
513783   TURNERSVILLE, NJ   5880 ROUTE #42       TURNERSVILLE   NJ  
516893   BLUE BELL, PA      889 DEKALB PIKE      BLUE BELL      PA  
548078   WESTERVILLE, OH    5230 WARNER RD       WESTERVILLE    OH  
548249   SUN CITY, AZ       10701 N WEST GRAND   SUN CITY       AZ  

| CURRENT INVOICE TOTAL | 222.76 |

EXCISE TAX SUMMARY

| | | Base | Rate | Tax |
|---|---|---|---|---|
| FEDERAL | Fed Exc Gas | 69.11 | 0.18400 | 12.71 |
| NJ | ST EX G | 16.53 | 0.10500 | 1.74 |
| FEDERAL | FED ENVIR RE | 69.11 | 0.00120 | 0.08 |
| PA | ST EX G | 16.58 | 0.26200 | 4.34 |
| PA | CY SLS TX | | 0.06000 | 2.86 |
| AZ | ST EX G | 20.77 | 0.18000 | 3.74 |
| AZ | Inspection | 20.77 | 0.01000 | 0.21 |
| OH | ST EX G | 15.23 | 0.26000 | 3.96 |
| OH | ST SLS TX | | 0.07000 | 2.84 |
| | | | tax total | 32.48 |

PRODUCT SUMMARY

| | Qty | Amount |
|---|---|---|
| UNL | 37.3 | 114.50 |
| SUPER | 16.6 | 58.02 |
| PLUS | 15.2 | 50.24 |
| total | 69.1 | 222.76 |
| TOTAL | | 222.76 |

Thank You for Your Business

GOGAS000859



**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802  
Toll Free: (866) 712-5802  
Fax: (910) 251-0079  
Email: billing@gogasfleet.com

MYGALLONS.COM  
STEVEN VERONA  
1655 OAKWOOD DRIVE  
UNIT N405  
Penn Valley, PA 19072

INVOICE NUMBER 43883  
ACCOUNT NUMBER 621143  
INVOICE DATE 04/15/08  
DUE DATE 05/05/08  
Invoice Period: Apr 2008  
PAGE 2

TOTALS BY CARD

| | | gallons | net amount | state tax exempt amount | fed tax exempt amount | other tax exempt amount | gross amount |
|---|---|---|---|---|---|---|---|
| 1 MEMBER B27001 | 27001 | 33.11 | 107.10 | 0.00 | 0.00 | 0.00 | 107.10 |
| 7 MEMBER B27007 | 27007 | 20.77 | 65.42 | 0.00 | 0.00 | 0.00 | 65.42 |
| 17 MEMBER B27017 | 27017 | 15.23 | 50.24 | 0.00 | 0.00 | 0.00 | 50.24 |
| | | 69.11 | 222.76 | 0.00 | 0.00 | 0.00 | 222.76 |

TOTALS BY DRIVER PIN

| | | gallons | net amount | state tax exempt amount | fed tax exempt amount | other tax exempt amount | gross amount |
|---|---|---|---|---|---|---|---|
| 002468 | DRIVER | 69.11 | 222.76 | 0.00 | 0.00 | 0.00 | 222.76 |
| | | 69.11 | 222.76 | 0.00 | 0.00 | 0.00 | 222.76 |

PAYMENT/CREDIT INFORMATION  
========================  
Credit Limit: 7,500.00  
Credit Available: 7,277.24

| Transaction | Invoice | Date | Reference | Amount |
|---|---|---|---|---|
| | | | Prior Bal. | 0.00 |

| Current Month | Current | 30 days | 60 days | 90 days | over 120 | Unapplied | Total Due |
|---|---|---|---|---|---|---|---|
| 222.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 222.76 |

Thank You for Your Business

GOGAS000860



**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
MYGALLONS.COM                      INVOICE NUMBER      43883
STEVEN VERONA                      ACCOUNT NUMBER      621143
1655 OAKWOOD DRIVE                 INVOICE DATE        04/15/08
UNIT N405                          DUE DATE            05/05/08
Penn Valley, PA    19072           Invoice Period:     Apr 2008
                                   PAGE        3
```

Dear valued customers,
Beginning December 1st 2007, finance charge calculations will begin on the 25th of each month. Please make a note of this in your billing system. Thank you for your understanding. If you have any questions about this change or your invoice, please call our help desk at 866-712-5802 or email us at billing@gogasfleet.com.

---

****** PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT ******

```
    Account # 621143    MYGALLONS.COM              Current Invoice   $   222.76
                                                   Prior Balance     $     0.00
                                                   Finance Charge    $     0.00
Remit to: GOGAS Fleet                              Total Due         $   222.76
   Attn: Fleet Department
         3301 Burnt Mill Dr
         Wilmington    , NC 28403       Check # _____   Amount $ _____
```

Thank You for Your Business