Exhibit 33



Universal Fleet Card Invoice

| | | | | | | | | Help Desk: | (910) 762-5802 |
| | | | | | | | | Toll Free: | (866) 712-5802 |
| | | | | | | | | Fax: | (910) 251-0079 |
| | | | | | | | | Email: | billing@gogasfleet.com |

```
                                        INVOICE NUMBER    47357CT
MYGALLONS.COM
STEVEN VERONA                           ACCOUNT NUMBER    621143
1221 BRICKELL AVE
SUITE 900                               INVOICE DATE      05/31/08
Miami, FL   33131
                                        DUE DATE          06/20/08

                                        Invoice Period:   May 2008
                                        PAGE     1
```

| card | date | driver | site | product | odometer | distance | gallons | mpg | price | gross amount | net of tax amount | exempt amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEMBER B27001 | | | | Previous Odometer: | | 0 | | | | | | |
| 1 | 05/23 | DRIVER | 506514 | SUPER | 0 | 0 | 15.270 | 0.0 | 3.970 | 60.62 | 60.62 | 0.00 |
| 1 | 05/27 | DRIVER | 506514 | SUPER | 0 | 0 | 14.910 | 0.0 | 3.991 | 59.50 | 59.50 | 0.00 |
| | | | | | | | 30.180 | | Subtotal | 120.12 | 120.12 | 0.00 |
| MEMBER B27003 | | | | Previous Odometer: | | 0 | | | | | | |
| 3 | 05/18 | DRIVER | 552386 | UNL | 0 | 0 | 17.080 | 0.0 | 3.659 | 62.50 | 62.50 | 0.00 |
| | | | | | | | 17.080 | | Subtotal | 62.50 | 62.50 | 0.00 |
| MEMBER B27006 | | | | Previous Odometer: | | 0 | | | | | | |
| 6 | 05/19 | DRIVER | 511560 | UB10 | 0 | 0 | 13.210 | 0.0 | 3.899 | 51.51 | 51.51 | 0.00 |
| | | | | | | | 13.210 | | Subtotal | 51.51 | 51.51 | 0.00 |
| MEMBER B27007 | | | | Previous Odometer: | | 0 | | | | | | |
| 7 | 05/20 | DRIVER | 548249 | UNL | 0 | 0 | 16.670 | 0.0 | 3.530 | 58.85 | 58.85 | 0.00 |
| | | | | | | | 16.670 | | Subtotal | 58.85 | 58.85 | 0.00 |
| MEMBER B27012 | | | | Previous Odometer: | | 0 | | | | | | |
| 12 | 05/17 | DRIVER | 542330 | UB10 | 0 | 0 | 12.780 | 0.0 | 3.880 | 49.59 | 49.59 | 0.00 |
| 12 | 05/19 | DRIVER | 522154 | PLUS | 0 | 0 | 11.380 | 0.0 | 3.770 | 42.90 | 42.90 | 0.00 |
| 12 | 05/20 | DRIVER | 542330 | UB10 | 0 | 0 | 10.850 | 0.0 | 3.879 | 42.09 | 42.09 | 0.00 |
| 12 | 05/22 | DRIVER | 542330 | UB10 | 0 | 0 | 11.410 | 0.0 | 3.980 | 45.41 | 45.41 | 0.00 |
| | | | | | | | 46.420 | | Subtotal | 179.99 | 179.99 | 0.00 |
| MEMBER B27013 | | | | Previous Odometer: | | 0 | | | | | | |
| 13 | 05/20 | DRIVER | 521332 | UNL | 0 | 0 | 7.700 | 0.0 | 3.816 | 29.38 | 29.38 | 0.00 |
| 13 | 05/27 | DRIVER | 507376 | UNL | 0 | 0 | 10.000 | 0.0 | 3.959 | 39.59 | 39.59 | 0.00 |
| | | | | | | | 17.700 | | Subtotal | 68.97 | 68.97 | 0.00 |
| MEMBER B27016 | | | | Previous Odometer: | | 0 | | | | | | |
| 16 | 05/27 | DRIVER | 508560 | PLUS | 0 | 0 | 13.160 | 0.0 | 3.799 | 50.00 | 50.00 | 0.00 |
| | | | | | | | 13.160 | | Subtotal | 50.00 | 50.00 | 0.00 |
| MEMBER B27023 | | | | Previous Odometer: | | 0 | | | | | | |
| 23 | 05/23 | DRIVER | 506514 | UNL | 0 | 0 | 20.520 | 0.0 | 3.750 | 76.94 | 76.94 | 0.00 |
| | | | | | | | 20.520 | | Subtotal | 76.94 | 76.94 | 0.00 |
| | | | | | | | | | Fuel Subtotal | | 668.88 | |

| Where you Shopped | Transactions | Trans Rate | Gallons | Ratio | Universal Subtotal |
|---|---|---|---|---|---|
| Universal Site Usage | 13 | 0.00 | 174.94 | 100.00 | 0.00 |
| Subtotal: | 13 | | 174.94 | | 0.00 |

```
SITE LISTING
------------
506514      HAMMONTON, NJ       A.C. EXPRESSWAY MILEPOST   HAMMONTON        NJ
507376      TREVOSE, PA         2506 LINCOLN HIGHWAY       TREVOSE          PA
508560      ATLANTIC CITY, NJ   3701 VENTNOR&ALBANY AVE    ATLANTIC CITY    NJ
511560      DUBLIN, OH          6695 PERIMETER LOOP        DUBLIN           OH
521332      PHILADELPHIA, PA    7728 RIDGE AVE.            PHILADELPHIA     PA
```

Thank You for Your Business



**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
MYGALLONS.COM                    INVOICE NUMBER    47357CT
STEVEN VERONA                    ACCOUNT NUMBER    621143
1221 BRICKELL AVE
SUITE 900                        INVOICE DATE      05/31/08
Miami, FL   33131                DUE DATE          06/20/08

                                 Invoice Period:   May 2008
                                 PAGE       2
```

| card | date | driver | site | product | odometer | distance | gallons | mpg | price | gross amount | net of tax amount | exempt amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 522154 | WORCESTER, PA | | VALLEY FRGE&SKIPPACK PKE | | | | | WORCESTER | PA | |
| | | 542330 | FORT WASHINGTON, PA | | 401 BETHLEHEM PIKE | | | | | FORT WASHINGTON | PA | |
| | | 548249 | SUN CITY, AZ | | 10701 N WEST GRAND | | | | | SUN CITY | AZ | |
| | | 552386 | KENILWORTH, NJ | | 636 KENILWORTH BLVD | | | | | KENILWORTH | NJ | |

```
                                                  | CURRENT INVOICE TOTAL    668.88 |
```

```
| EXCISE TAX SUMMARY                                    PRODUCT SUMMARY                      |
|                    Base        Rate         Tax                           Qty    Amount   |
| FEDERAL  Fed Exc Gas   174.94  0.18400     32.19      SUPER              30.2    120.12   |
| NJ       ST EX  G       80.94  0.10500      8.49      UNL                72.0    267.26   |
| FEDERAL  FED ENVIR RE  174.94  0.00120      0.21      UB10               48.3    188.60   |
| OH       ST EX  G       13.21  0.26000      3.43      PLUS               24.5     92.90   |
| OH       ST SLS TX             0.07000      2.98                                           |
| AZ       ST EX  G       16.67  0.18000      3.00      total             174.9    668.88   |
| AZ       Inspection     16.67  0.01000      0.17                                           |
| PA       ST EX  G       64.12  0.26200     16.80                                           |
| PA       CY SLS TX             0.06000     12.47      TOTAL                      668.88   |
|                                                                                            |
|                              tax total     79.74                                           |
```

```
                                                 state tax  fed tax  other tax
                                           net   exempt    exempt   exempt     gross
TOTALS BY CARD                   gallons  amount amount    amount   amount     amount
     1 MEMBER B27001   27001      30.18   120.12   0.00     0.00     0.00      120.12
     3 MEMBER B27003   27003      17.08    62.50   0.00     0.00     0.00       62.50
     6 MEMBER B27006   27006      13.21    51.51   0.00     0.00     0.00       51.51
     7 MEMBER B27007   27007      16.67    58.85   0.00     0.00     0.00       58.85
    12 MEMBER B27012   27012      46.42   179.99   0.00     0.00     0.00      179.99
    13 MEMBER B27013   27013      17.70    68.97   0.00     0.00     0.00       68.97
    16 MEMBER B27016   27016      13.16    50.00   0.00     0.00     0.00       50.00
    23 MEMBER B27023   27023      20.52    76.94   0.00     0.00     0.00       76.94
                                 174.94   668.88   0.00     0.00     0.00      668.88

                                                 state tax  fed tax  other tax
                                           net   exempt    exempt   exempt     gross
TOTALS BY DRIVER PIN             gallons  amount amount    amount   amount     amount
002468   DRIVER                  174.94   668.88   0.00     0.00     0.00      668.88
                                 174.94   668.88   0.00     0.00     0.00      668.88


PAYMENT/CREDIT INFORMATION
==========================
Credit Limit:         7,500.00
Credit Available:     6,242.29

Transaction  Invoice  Date       Reference    Amount
I            46616    05/15/08                588.83

                                 Prior Bal.   588.83
```

Thank You for Your Business

GOGAS000864



Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
MYGALLONS.COM                         INVOICE NUMBER      47357
STEVEN VERONA                         ACCOUNT NUMBER     621143
1221 BRICKELL AVE                     INVOICE DATE      05/31/08
SUITE 900                             DUE DATE          06/20/08
Miami, FL   33131                     Invoice Period:   May 2008
                                      PAGE      3
```

```
=================================================================================
Current Month  Current    30 days    60 days    90 days   over 120   Unapplied   Total Due
   668.88        0.00     588.83       0.00       0.00       0.00       0.00     1,257.71
=================================================================================
```

Dear valued customers,
Beginning December 1st 2007, finance charge calculations will begin on the 25th of each month. Please make a note of this in your billing system. Thank you for your understanding. If you have any questions about this change or your invoice, please call our help desk at 866-712-5802 or email us at billing@gogasfleet.com.

```
=================================================================================
****** PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT ******

    Account # 621143    MYGALLONS.COM              Current Invoice   $    668.88
                                                   Prior Balance     $    588.83
                                                   Finance Charge    $      0.00
Remit to: GOGAS Fleet                              Total Due         $  1,257.71
    Attn: Fleet Department
          3301 Burnt Mill Dr
          Wilmington   , NC 28403       Check # _____  Amount $ _____
```

Thank You for Your Business

GOGAS000865