Exhibit 34



**GOGAS** UNIVERSAL
*We Keep You Going!*

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

MYGALLONS.COM
STEVEN VERONA
1221 BRICKELL AVE
SUITE 900
Miami, FL   33131

| | |
|---|---|
| INVOICE NUMBER | 49705CT |
| ACCOUNT NUMBER | 621143 |
| INVOICE DATE | 06/30/08 |
| DUE DATE | 07/20/08 |
| Invoice Period: | Jun 2008 |
| PAGE | 1 |

| card | date | driver | site | product | odometer | distance | gallons | mpg | price | gross amount | net of tax amount | exempt amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEMBER B27001 | | | | Previous Odometer: | | 0 | | | | | | |
| 1 | 06/22 | DRIVER | 513591 | SUPER | 0 | 0 | 11.010 | 0.0 | 4.541 | 50.00 | 50.00 | 0.00 |
| 1 | 06/24 | DRIVER | 538221 | PLUS | 0 | 0 | 12.400 | 0.0 | 3.920 | 48.61 | 48.61 | 0.00 |
| 1 | 06/29 | DRIVER | 545065 | SUPER | 0 | 0 | 6.590 | 0.0 | 4.552 | 30.00 | 30.00 | 0.00 |
| 1 | 06/29 | DRIVER | 545065 | SUPER | 0 | 0 | 6.590 | 0.0 | 4.552 | 30.00 | 30.00 | 0.00 |
| | | | | | | | 36.590 | | Subtotal | 158.61 | 158.61 | 0.00 |
| MEMBER B27006 | | | | Previous Odometer: | | 0 | | | | | | |
| 6 | 06/16 | DRIVER | 511560 | UB10 | 0 | 0 | 11.250 | 0.0 | 4.000 | 45.00 | 45.00 | 0.00 |
| | | | | | | | 11.250 | | Subtotal | 45.00 | 45.00 | 0.00 |
| MEMBER B27007 | | | | Previous Odometer: | | 0 | | | | | | |
| 7 | 06/28 | DRIVER | 531938 | UNL | 0 | 0 | 16.830 | 0.0 | 4.100 | 69.01 | 69.01 | 0.00 |
| | | | | | | | 16.830 | | Subtotal | 69.01 | 69.01 | 0.00 |
| MEMBER B27016 | | | | Previous Odometer: | | 0 | | | | | | |
| 16 | 06/19 | DRIVER | 555777 | UNL | 0 | 0 | 10.000 | 0.0 | 4.161 | 41.61 | 41.61 | 0.00 |
| 16 | 06/20 | DRIVER | 543506 | UNL | 0 | 0 | 12.660 | 0.0 | 3.938 | 49.85 | 49.85 | 0.00 |
| 16 | 06/30 | DRIVER | 508560 | PLUS | 0 | 0 | 12.820 | 0.0 | 3.900 | 50.00 | 50.00 | 0.00 |
| | | | | | | | 35.480 | | Subtotal | 141.46 | 141.46 | 0.00 |
| MEMBER B27017 | | | | Previous Odometer: | | 0 | | | | | | |
| 17 | 06/28 | DRIVER | 529513 | SUPER | 0 | 0 | 16.830 | 0.0 | 4.200 | 70.69 | 70.69 | 0.00 |
| | | | | | | | 16.830 | | Subtotal | 70.69 | 70.69 | 0.00 |
| MEMBER B27020 | | | | Previous Odometer: | | 0 | | | | | | |
| 20 | 06/22 | DRIVER | 548078 | PLUS | 0 | 0 | 15.580 | 0.0 | 4.051 | 63.12 | 63.12 | 0.00 |
| | | | | | | | 15.580 | | Subtotal | 63.12 | 63.12 | 0.00 |
| | | | | | | | | | Fuel Subtotal | | 547.89 | |

| Where you Shopped | Transactions | Trans Rate | Gallons | Ratio | Universal Subtotal |
|---|---|---|---|---|---|
| Universal Site Usage | 11 | 0.00 | 132.56 | 100.00 | 0.00 |
| Subtotal: | 11 | | 132.56 | | 0.00 |

SITE LISTING
-------------

| | | | | |
|---|---|---|---|---|
| 508560 | ATLANTIC CITY, NJ | 3701 VENTNOR&ALBANY AVE | ATLANTIC CITY | NJ |
| 511560 | DUBLIN, OH | 6695 PERIMETER LOOP | DUBLIN | OH |
| 513591 | MIAMI BEACH, FL | 1453 ALTON RD | MIAMI BEACH | FL |
| 529513 | COLUMBUS, OH | 4242 MORSE ROAD | COLUMBUS | OH |
| 531938 | SUN CITY, AZ | 9848 W BELL RD | SUN CITY | AZ |
| 538221 | CHERRY HILL, NJ | 2131 RT 70 WEST | CHERRY HILL | NJ |
| 543506 | EGG HARBOR TW, NJ | 2428 TILTON ROAD | EGG HARBOR TW | NJ |
| 545065 | KEY BISCAYNE, FL | 70 CRANDON BLVD | KEY BISCAYNE | FL |
| 548078 | WESTERVILLE, OH | 5230 WARNER RD | WESTERVILLE | OH |
| 555777 | MARGATE, NJ | 7901 VENTNOR AVE. | MARGATE | NJ |

Thank You for Your Business

GOGAS000879



Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

MYGALLONS.COM
STEVEN VERONA
1221 BRICKELL AVE
SUITE 900
Miami, FL   33131

| | |
|---|---|
| INVOICE NUMBER | 49705CT |
| ACCOUNT NUMBER | 621143 |
| INVOICE DATE | 06/30/08 |
| DUE DATE | 07/20/08 |
| Invoice Period: | Jun 2008 |
| PAGE      2 | |

| card | date | driver | site | product | odometer | distance | gallons | mpg | price | gross amount | net of tax amount | exempt amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .... | ..... | .......... | .... | ....... | ......... | ......... | ....... | ... | ...... | ...... | ...... | ...... |

```
                                              CURRENT INVOICE TOTAL      547.89
```

### EXCISE TAX SUMMARY

| | | Base | Rate | Tax |
|---|---|---|---|---|
| FEDERAL | Fed Exc Gas | 132.56 | 0.18400 | 24.40 |
| FEDERAL | FED ENVIR RE | 132.56 | 0.00120 | 0.16 |
| FL | ST EX  G | 24.19 | 0.04000 | 0.96 |
| Miami-Dade | CY EX  G | 24.19 | 0.01560 | 0.37 |
| FL | CY SLS TX | | 0.06000 | 5.87 |
| FL | Inspection | 24.19 | 0.02196 | 0.52 |
| NJ | ST EX  G | 47.88 | 0.10500 | 5.03 |
| OH | ST EX  G | 43.66 | 0.26000 | 11.36 |
| OH | ST SLS TX | | 0.07000 | 10.43 |
| AZ | ST EX  G | 16.83 | 0.18000 | 3.03 |
| AZ | Inspection | 16.83 | 0.01000 | 0.17 |
| | | | tax total | 62.30 |

### PRODUCT SUMMARY

| | Qty | Amount |
|---|---|---|
| SUPER | 41.0 | 180.69 |
| PLUS | 40.8 | 161.73 |
| UB10 | 11.3 | 45.00 |
| UNL | 39.5 | 160.47 |
| total | 132.6 | 547.89 |
| TOTAL | | 547.89 |

### TOTALS BY CARD

| | gallons | net amount | state tax exempt amount | fed tax exempt amount | other tax exempt amount | gross amount |
|---|---|---|---|---|---|---|
| 1 MEMBER B27001  27001 | 36.59 | 158.61 | 0.00 | 0.00 | 0.00 | 158.61 |
| 6 MEMBER B27006  27006 | 11.25 | 45.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| 7 MEMBER B27007  27007 | 16.83 | 69.01 | 0.00 | 0.00 | 0.00 | 69.01 |
| 16 MEMBER B27016  27016 | 35.48 | 141.46 | 0.00 | 0.00 | 0.00 | 141.46 |
| 17 MEMBER B27017  27017 | 16.83 | 70.69 | 0.00 | 0.00 | 0.00 | 70.69 |
| 20 MEMBER B27020  27020 | 15.58 | 63.12 | 0.00 | 0.00 | 0.00 | 63.12 |
| | 132.56 | 547.89 | 0.00 | 0.00 | 0.00 | 547.89 |

### TOTALS BY DRIVER PIN

| | gallons | net amount | state tax exempt amount | fed tax exempt amount | other tax exempt amount | gross amount |
|---|---|---|---|---|---|---|
| 002468   DRIVER | 132.56 | 547.89 | 0.00 | 0.00 | 0.00 | 547.89 |
| | 132.56 | 547.89 | 0.00 | 0.00 | 0.00 | 547.89 |

### PAYMENT/CREDIT INFORMATION

```
========================
Credit Limit:         7,500.00
Credit Available:     4,838.95
```

| Transaction | Invoice | Date | Reference | Amount |
|---|---|---|---|---|
| BF | | 06/01/08 | | 1,257.71 |
| I | 49043 | 06/15/08 | | 847.70 |
| FC | 49517 | 06/30/08 | | 7.75 |
| | | | Prior Bal. | 2,113.16 |

Thank You for Your Business

GOGAS000880



**Universal Fleet Card Invoice**

| | |
|---|---|
| MYGALLONS.COM | INVOICE NUMBER 49705 |
| STEVEN VERONA | ACCOUNT NUMBER 621143 |
| 1221 BRICKELL AVE | INVOICE DATE 06/30/08 |
| SUITE 900 | DUE DATE 07/20/08 |
| Miami, FL 33131 | Invoice Period: Jun 2008 |
| | PAGE 3 |

```
=================================================================================================
Current Month  Current      30 days      60 days      90 days      over 120     Unapplied    Total Due
    547.89         7.75     1,516.58       588.83         0.00         0.00         0.00       2,661.05
=================================================================================================
```

If you have any questions about your account,
please call our help desk at 866-712-5802
or email us at helpdesk@gogasfleet.com.
We appreciate your business.

```
=================================================================================================
```
****** PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT ******

Account # 621143    MYGALLONS.COM

| | | |
|---|---|---|
| Current Invoice | $ | 547.89 |
| Prior Balance | $ | 2,105.41 |
| Finance Charge | $ | 7.75 |
| Total Due | $ | 2,661.05 |

Remit to: GOGAS Fleet
    Attn: Fleet Department
        3301 Burnt Mill Dr
        Wilmington   , NC 28403

Check # _____    Amount $ _____

Thank You for Your Business

GOGAS000881