Exhibit 35

GOGAS Universal

3301 Burnt Mill Drive
Wilmington, NC 28403

# Invoice

| Date | Invoice # |
|---|---|
| 6/25/2008 | 180 |

| Bill To |
|---|
| Mygallons.com<br>attn Accts Payable<br>1221 Brickell Ave<br>Suite 900<br>Miami, FL 33131 |

| Ship To |
|---|
| Mygallons.com<br>attn Accts Payable<br>1221 Brickell Ave<br>Suite 900<br>Miami, FL 33131 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due on receipt | | 6/25/2008 | US Mail | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 10,000 | Misc Income Rec... | Card Plastics<br>Sales Tax | ea | 0.34<br>6.75% | 3,400.00<br>229.50 |

e remit to above address.

**Total** $3,629.50

GOGAS000566