

**GOGAS UNIVERSAL**
*We Keep You Going!*

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
                                        INVOICE NUMBER    44576CT
MYGALLONS.COM                           ACCOUNT NUMBER    621143
STEVEN VERONA
1655 OAKWOOD DRIVE                      INVOICE DATE      04/30/08
UNIT N405
Penn Valley, PA   19072                 DUE DATE          05/20/08

                                        Invoice Period:   Apr 2008
                                        PAGE      1
```

```
MEMBER B27001                  Previous Odometer:      0
   1   04/15  DRIVER    506514  SUPER       0      0    11.920   0.0   3.330    39.69    39.69    0.00
   1   04/20  DRIVER    506514  SUPER       0      0    15.890   0.0   3.410    54.18    54.18    0.00
   1   04/23  DRIVER    506514  SUPER       0      0    12.750   0.0   3.409    43.47    43.47    0.00
                                                        40.560        Subtotal  137.34   137.34    0.00

MEMBER B27006                  Previous Odometer:      0
   6   04/18  DRIVER    511560  UB10        0      0    11.770   0.0   3.399    40.01    40.01    0.00
   6   04/26  DRIVER    511560  UB10        0      0    12.150   0.0   3.540    43.01    43.01    0.00
                                                        23.920        Subtotal   83.02    83.02    0.00

MEMBER B27007                  Previous Odometer:      0
   7   04/21  DRIVER    541848  UNL         0      0     8.510   0.0   3.360    28.59    28.59    0.00
                                                         8.510        Subtotal   28.59    28.59    0.00

MEMBER B27017                  Previous Odometer:      0
  17   04/18  DRIVER    518965  PLUS        0      0    17.600   0.0   3.347    58.91    58.91    0.00
                                                        17.600        Subtotal   58.91    58.91    0.00

MEMBER B27020                  Previous Odometer:      0
  20   04/22  DRIVER    548078  PLUS        0      0    15.160   0.0   3.701    56.10    56.10    0.00
                                                        15.160        Subtotal   56.10    56.10    0.00
==============================================================================================================
                                                                  Fuel Subtotal         363.96
```

```
                                        Trans                                    Universal
Where you Shopped       Transactions    Rate         Gallons        Ratio        Subtotal
---------------------------------------------------------------------------------------------

Universal Site Usage         8          0.00         105.75         100.00            0.00
                         ----------                 ----------                   ----------
Subtotal:                    8                       105.75                           0.00

SITE LISTING
------------
506514    HAMMONTON, NJ       A.C. EXPRESSWAY MILEPOST   HAMMONTON       NJ
511560    DUBLIN, OH          6695 PERIMETER LOOP        DUBLIN          OH
518965    COLUMBUS, OH        4835 N HAMILTON RD         COLUMBUS        OH
541848    PEORIA, AZ          9070 W BELL RD             PEORIA          AZ
548078    WESTERVILLE, OH     5230 WARNER RD             WESTERVILLE     OH

                                                    | CURRENT INVOICE TOTAL    363.96 |
```

**EXHIBIT**
GARZIONE AFF.
18

Thank You for Your Business



**GOGAS UNIVERSAL**
*We Keep You Going!*

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

|  |  |
|---|---|
| INVOICE NUMBER | 44576CT |
| ACCOUNT NUMBER | 621143 |
| INVOICE DATE | 04/30/08 |
| DUE DATE | 05/20/08 |
| Invoice Period: | Apr 2008 |
| PAGE | 2 |

MYGALLONS.COM
STEVEN VERONA
1655 OAKWOOD DRIVE
UNIT N405
Penn Valley, PA  19072

```
-------------------------------------------------------------------------------
|                                                                             |
|EXCISE TAX SUMMARY                              PRODUCT SUMMARY              |
|                   Base        Rate       Tax                      Qty   Amount |
|FEDERAL   Fed Exc Gas   105.75   0.18400   19.47   SUPER           40.6   137.34 |
|NJ        ST EX  G       40.56   0.10500    4.26   UB10            23.9    83.02 |
|FEDERAL   FED ENVIR RE  105.75   0.00120    0.12   UNL              8.5    28.59 |
|OH        ST EX  G       56.68   0.26000   14.74   PLUS            32.8   115.01 |
|OH        ST SLS TX              0.07000   11.30                        --------- |
|AZ        ST EX  G        8.51   0.18000    1.53   total          105.8   363.96 |
|AZ        Inspection      8.51   0.01000    0.09                                 |
|                                         ---------                      --------- |
|                                tax total   51.51   TOTAL                 363.96 |
|                                                                             |
-------------------------------------------------------------------------------
```

```
                                                    state tax  fed tax  other tax
                                              net   exempt    exempt   exempt     gross
TOTALS BY CARD                    gallons   amount   amount    amount   amount    amount
..................                .......   .......  .......  .......  .......   .......
    1 MEMBER B27001     27001       40.56   137.34    0.00     0.00     0.00     137.34
    6 MEMBER B27006     27006       23.92    83.02    0.00     0.00     0.00      83.02
    7 MEMBER B27007     27007        8.51    28.59    0.00     0.00     0.00      28.59
   17 MEMBER B27017     27017       17.60    58.91    0.00     0.00     0.00      58.91
   20 MEMBER B27020     27020       15.16    56.10    0.00     0.00     0.00      56.10
                                  --------  -------  -------  -------  -------  --------
                                   105.75   363.96    0.00     0.00     0.00     363.96

                                                    state tax  fed tax  other tax
                                              net   exempt    exempt   exempt     gross
TOTALS BY DRIVER PIN              gallons   amount   amount    amount   amount    amount
..................                .......   .......  .......  .......  .......   .......
002468    DRIVER                   105.75   363.96    0.00     0.00     0.00     363.96
                                  --------  -------  -------  -------  -------  --------
                                   105.75   363.96    0.00     0.00     0.00     363.96
```

PAYMENT/CREDIT INFORMATION
===========================
Credit Limit:        7,500.00
Credit Available:    7,136.04

```
Transaction  Invoice    Date       Reference     Amount
-----------  -------    ----       ---------     ------
                                                 ---------
                                   Prior Bal.      0.00
```

```
==================================================================================
Current Month  Current    30 days    60 days    90 days    over 120   Unapplied   Total Due
    363.96       0.00       0.00       0.00       0.00       0.00       0.00       363.96
==================================================================================
```

Thank You for Your Business



**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
MYGALLONS.COM                    INVOICE NUMBER      44576
STEVEN VERONA                    ACCOUNT NUMBER     621143
1655 OAKWOOD DRIVE               INVOICE DATE     04/30/08
UNIT N405                        DUE DATE         05/20/08
Penn Valley, PA   19072          Invoice Period:  Apr 2008
                                 PAGE       3
```

Dear valued customers,
Beginning December 1st 2007, finance charge calculations will begin on the 25th of each month. Please make a note of this in your billing system. Thank you for your understanding. If you have any questions about this change or your invoice, please call our help desk at 866-712-5802 or email us at billing@gogasfleet.com.

---

****** PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT ******

```
     Account # 621143    MYGALLONS.COM             Current Invoice   $    363.96
                                                   Prior Balance     $      0.00
                                                   Finance Charge    $      0.00
Remit to: GOGAS Fleet                              Total Due         $    363.96
    Attn: Fleet Department
          3301 Burnt Mill Dr
          Wilmington     , NC 28403    Check # _____  Amount $ _____
```

Thank You for Your Business



**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

MYGALLONS.COM
STEVEN VERONA
1655 OAKWOOD DRIVE
UNIT N405
Penn Valley, PA 19072

INVOICE NUMBER 46616CT
ACCOUNT NUMBER 621143
INVOICE DATE 05/15/08
DUE DATE 06/04/08
Invoice Period: May 2008
PAGE 1

```
MEMBER B27001                       Previous Odometer:       0
   1   05/10  DRIVER    550126  SB10         0      0     16.180   0.0  3.881   62.80   62.80   0.00
                                                          ...................................................
                                                          16.180      Subtotal     62.80   62.80   0.00

MEMBER B27006                       Previous Odometer:       0
   6   05/08  DRIVER    511560  UB10         0      0     11.400   0.0  3.761   42.88   42.88   0.00
   6   05/14  DRIVER    511560  UB10         0      0     12.050   0.0  3.901   47.01   47.01   0.00
                                                          ...................................................
                                                          23.450      Subtotal     89.89   89.89   0.00

MEMBER B27007                       Previous Odometer:       0
   7   05/07  DRIVER    548249  UNL          0      0     14.370   0.0  3.351   48.15   48.15   0.00
                                                          ...................................................
                                                          14.370      Subtotal     48.15   48.15   0.00

MEMBER B27012                       Previous Odometer:       0
  12   05/07  DRIVER    516893  UNL          0      0     18.330   0.0  3.699   67.81   67.81   0.00
                                                          ...................................................
                                                          18.330      Subtotal     67.81   67.81   0.00

MEMBER B27016                       Previous Odometer:       0
  16   05/06  DRIVER    520014  UNL          0      0     15.930   0.0  3.470   55.27   55.27   0.00
                                                          ...................................................
                                                          15.930      Subtotal     55.27   55.27   0.00

MEMBER B27017                       Previous Odometer:       0
  17   05/06  DRIVER    518965  PLUS         0      0     15.400   0.0  3.555   54.74   54.74   0.00
                                                          ...................................................
                                                          15.400      Subtotal     54.74   54.74   0.00

MEMBER B27020                       Previous Odometer:       0
  20   05/03  DRIVER    518965  PLUS         0      0     18.900   0.0  3.632   68.64   68.64   0.00
                                                          ...................................................
                                                          18.900      Subtotal     68.64   68.64   0.00

MEMBER B27023                       Previous Odometer:       0
  23   05/04  DRIVER    506514  UNL          0      0     18.990   0.0  3.500   66.47   66.47   0.00
  23   05/12  DRIVER    506514  PLUS         0      0     20.400   0.0  3.679   75.06   75.06   0.00
                                                          ...................................................
                                                          39.390      Subtotal    141.53  141.53   0.00
===========================================================================================================
                                                                    Fuel Subtotal          588.83
```

| Where you Shopped | Transactions | Trans Rate | Gallons | Ratio | Universal Subtotal |
|---|---|---|---|---|---|
| Universal Site Usage | 10 | 0.00 | 161.95 | 100.00 | 0.00 |
| Subtotal: | 10 | | 161.95 | | 0.00 |

SITE LISTING

| | | | | |
|---|---|---|---|---|
| 506514 | HAMMONTON, NJ | A.C. EXPRESSWAY MILEPOST | HAMMONTON | NJ |
| 511560 | DUBLIN, OH | 6695 PERIMETER LOOP | DUBLIN | OH |
| 516893 | BLUE BELL, PA | 889 DEKALB PIKE | BLUE BELL | PA |
| 518965 | COLUMBUS, OH | 4835 N HAMILTON RD | COLUMBUS | OH |
| 520014 | ATLANTIC CITY, NJ | 2029 ATLANTIC AVE | ATLANTIC CITY | NJ |
| 548249 | SUN CITY, AZ | 10701 N WEST GRAND | SUN CITY | AZ |
| 550126 | PLEASANTVILLE, NJ | 168 BLACK HORSE PIKE & F | PLEASANTVILLE | NJ |

Thank You for Your Business



**GOGAS UNIVERSAL**
*We Keep You Going!*

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

|  |  |
|---|---|
| INVOICE NUMBER | 46616CT |
| ACCOUNT NUMBER | 621143 |
| INVOICE DATE | 05/15/08 |
| DUE DATE | 06/04/08 |
| Invoice Period: | May 2008 |
| PAGE | 2 |

MYGALLONS.COM
STEVEN VERONA
1655 OAKWOOD DRIVE
UNIT N405
Penn Valley, PA   19072

| CURRENT INVOICE TOTAL | 588.83 |
|---|---|

### EXCISE TAX SUMMARY

|  |  | Base | Rate | Tax |
|---|---|---|---|---|
| FEDERAL | Fed Exc Gas | 161.95 | 0.18400 | 29.79 |
| NJ | ST EX  G | 71.50 | 0.10500 | 7.50 |
| FEDERAL | FED ENVIR RE | 161.95 | 0.00120 | 0.18 |
| OH | ST EX  G | 57.75 | 0.26000 | 15.00 |
| OH | ST SLS TX |  | 0.07000 | 12.26 |
| AZ | ST EX  G | 14.37 | 0.18000 | 2.59 |
| AZ | Inspection | 14.37 | 0.01000 | 0.14 |
| PA | ST EX  G | 18.33 | 0.26200 | 4.80 |
| PA | CY SLS TX |  | 0.06000 | 3.37 |
|  |  |  | tax total | 75.63 |

### PRODUCT SUMMARY

|  | Qty | Amount |
|---|---|---|
| SB10 | 16.2 | 62.80 |
| UB10 | 23.5 | 89.89 |
| UNL | 67.6 | 237.70 |
| PLUS | 54.7 | 198.44 |
| total | 162.0 | 588.83 |
| TOTAL |  | 588.83 |

### TOTALS BY CARD

|  |  | gallons | net amount | state tax exempt amount | fed tax exempt amount | other tax exempt amount | gross amount |
|---|---|---|---|---|---|---|---|
| 1 MEMBER B27001 | 27001 | 16.18 | 62.80 | 0.00 | 0.00 | 0.00 | 62.80 |
| 6 MEMBER B27006 | 27006 | 23.45 | 89.89 | 0.00 | 0.00 | 0.00 | 89.89 |
| 7 MEMBER B27007 | 27007 | 14.37 | 48.15 | 0.00 | 0.00 | 0.00 | 48.15 |
| 12 MEMBER B27012 | 27012 | 18.33 | 67.81 | 0.00 | 0.00 | 0.00 | 67.81 |
| 16 MEMBER B27016 | 27016 | 15.93 | 55.27 | 0.00 | 0.00 | 0.00 | 55.27 |
| 17 MEMBER B27017 | 27017 | 15.40 | 54.74 | 0.00 | 0.00 | 0.00 | 54.74 |
| 20 MEMBER B27020 | 27020 | 18.90 | 68.64 | 0.00 | 0.00 | 0.00 | 68.64 |
| 23 MEMBER B27023 | 27023 | 39.39 | 141.53 | 0.00 | 0.00 | 0.00 | 141.53 |
|  |  | 161.95 | 588.83 | 0.00 | 0.00 | 0.00 | 588.83 |

### TOTALS BY DRIVER PIN

|  |  | gallons | net amount | state tax exempt amount | fed tax exempt amount | other tax exempt amount | gross amount |
|---|---|---|---|---|---|---|---|
| 002468 | DRIVER | 161.95 | 588.83 | 0.00 | 0.00 | 0.00 | 588.83 |
|  |  | 161.95 | 588.83 | 0.00 | 0.00 | 0.00 | 588.83 |

### PAYMENT/CREDIT INFORMATION

Credit Limit:          7,500.00
Credit Available:      6,547.21

| Transaction | Invoice | Date | Reference | Amount |
|---|---|---|---|---|
| BF |  | 05/01/08 |  | 363.96 |
|  |  |  | Prior Bal. | 363.96 |

Thank You for Your Business



**GOGAS UNIVERSAL**
*We Keep You Going!*

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
MYGALLONS.COM                    INVOICE NUMBER      46616
STEVEN VERONA                    ACCOUNT NUMBER     621143
1655 OAKWOOD DRIVE               INVOICE DATE     05/15/08
UNIT N405                        DUE DATE         06/04/08
Penn Valley, PA   19072          Invoice Period:  May 2008
                                 PAGE       3
```

```
===============================================================================================
Current Month  Current    30 days    60 days    90 days   over 120   Unapplied   Total Due
    588.83        0.00     363.96       0.00       0.00       0.00        0.00      952.79
===============================================================================================
```

Dear valued customers,
Beginning December 1st 2007, finance charge calculations will begin
on the 25th of each month. Please make a note of this in your
billing system. Thank you for your understanding. If you have
any questions about this change or your invoice, please call
our help desk at 866-712-5802 or email us at billing@gogasfleet.com.

```
===============================================================================================
             ****** PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT ******

    Account # 621143    MYGALLONS.COM              Current Invoice   $    588.83
                                                   Prior Balance     $    363.96
                                                   Finance Charge    $      0.00
                                                   Total Due         $    952.79
Remit to: GOGAS Fleet
    Attn: Fleet Department
          3301 Burnt Mill Dr
          Wilmington    , NC 28403     Check # _____   Amount $ _____
```

Thank You for Your Business



**GOGAS UNIVERSAL**
*We Keep You Going!*

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
                                             INVOICE NUMBER      47357CT
        MYGALLONS.COM                        ACCOUNT NUMBER      621143
        STEVEN VERONA
        1221 BRICKELL AVE                    INVOICE DATE        05/31/08
        SUITE 900
        Miami, FL    33131                   DUE DATE            06/20/08

                                             Invoice Period:    May 2008
                                             PAGE       1
```

```
MEMBER B27001                    Previous Odometer:      0
    1   05/23  DRIVER    506514  SUPER         0      0    15.270   0.0   3.970    60.62    60.62    0.00
    1   05/27  DRIVER    506514  SUPER         0      0    14.910   0.0   3.991    59.50    59.50    0.00
                                                             30.180     Subtotal      120.12   120.12    0.00

MEMBER B27003                    Previous Odometer:      0
    3   05/18  DRIVER    552386  UNL           0      0    17.080   0.0   3.659    62.50    62.50    0.00
                                                             17.080     Subtotal       62.50    62.50    0.00

MEMBER B27006                    Previous Odometer:      0
    6   05/19  DRIVER    511560  UB10          0      0    13.210   0.0   3.899    51.51    51.51    0.00
                                                             13.210     Subtotal       51.51    51.51    0.00

MEMBER B27007                    Previous Odometer:      0
    7   05/20  DRIVER    548249  UNL           0      0    16.670   0.0   3.530    58.85    58.85    0.00
                                                             16.670     Subtotal       58.85    58.85    0.00

MEMBER B27012                    Previous Odometer:      0
   12   05/17  DRIVER    542330  UB10          0      0    12.780   0.0   3.880    49.59    49.59    0.00
   12   05/19  DRIVER    522154  PLUS          0      0    11.380   0.0   3.770    42.90    42.90    0.00
   12   05/20  DRIVER    542330  UB10          0      0    10.850   0.0   3.879    42.09    42.09    0.00
   12   05/22  DRIVER    542330  UB10          0      0    11.410   0.0   3.980    45.41    45.41    0.00
                                                             46.420     Subtotal      179.99   179.99    0.00

MEMBER B27013                    Previous Odometer:      0
   13   05/20  DRIVER    521332  UNL           0      0     7.700   0.0   3.816    29.38    29.38    0.00
   13   05/27  DRIVER    507376  UNL           0      0    10.000   0.0   3.959    39.59    39.59    0.00
                                                             17.700     Subtotal       68.97    68.97    0.00

MEMBER B27016                    Previous Odometer:      0
   16   05/27  DRIVER    508560  PLUS          0      0    13.160   0.0   3.799    50.00    50.00    0.00
                                                             13.160     Subtotal       50.00    50.00    0.00

MEMBER B27023                    Previous Odometer:      0
   23   05/23  DRIVER    506514  UNL           0      0    20.520   0.0   3.750    76.94    76.94    0.00
                                                             20.520     Subtotal       76.94    76.94    0.00
============================================================================================================
                                                          Fuel Subtotal              668.88
```

```
                                            Trans                                    Universal
    Where you Shopped       Transactions    Rate       Gallons      Ratio            Subtotal
    ---------------------------------------------------------------------------------------------

    Universal Site Usage         13         0.00       174.94       100.00               0.00
                              ---------                ---------                    ----------
    Subtotal:                    13                    174.94                            0.00

    SITE LISTING
    ------------
    506514      HAMMONTON, NJ        A.C. EXPRESSWAY MILEPOST    HAMMONTON         NJ
    507376      TREVOSE, PA          2506 LINCOLN HIGHWAY        TREVOSE           PA
    508560      ATLANTIC CITY, NJ    3701 VENTNOR&ALBANY AVE     ATLANTIC CITY     NJ
    511560      DUBLIN, OH           6695 PERIMETER LOOP         DUBLIN            OH
    521332      PHILADELPHIA, PA     7728 RIDGE AVE.             PHILADELPHIA      PA
```



**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
                                        INVOICE NUMBER      47357CT
MYGALLONS.COM                           ACCOUNT NUMBER      621143
STEVEN VERONA
1221 BRICKELL AVE                       INVOICE DATE        05/31/08
SUITE 900
Miami, FL    33131                      DUE DATE            06/20/08

                                        Invoice Period:     May 2008
                                        PAGE      2
```

```
    522154    WORCESTER, PA         VALLEY FRGE&SKIPPACK PKE   WORCESTER          PA
    542330    FORT WASHINGTON, PA   401 BETHLEHEM PIKE         FORT WASHINGTON    PA
    548249    SUN CITY, AZ          10701 N WEST GRAND         SUN CITY           AZ
    552386    KENILWORTH, NJ        636 KENILWORTH BLVD        KENILWORTH         NJ

                                                              |CURRENT INVOICE TOTAL     668.88|
```

```
|EXCISE TAX SUMMARY                                              PRODUCT SUMMARY
|                      Base        Rate        Tax                                   Qty      Amount
|FEDERAL  Fed Exc Gas  174.94      0.18400     32.19             SUPER              30.2      120.12
|NJ       ST EX  G      80.94      0.10500      8.49             UNL                72.0      267.26
|FEDERAL  FED ENVIR RE 174.94      0.00120      0.21             UB10               48.3      188.60
|OH       ST EX  G      13.21      0.26000      3.43             PLUS               24.5       92.90
|OH       ST SLS TX                0.07000      2.98                                          ---------
|AZ       ST EX  G      16.67      0.18000      3.00             total             174.9      668.88
|AZ       Inspection    16.67      0.01000      0.17
|PA       ST EX  G      64.12      0.26200     16.80                                          ---------
|PA       CY SLS TX                0.06000     12.47             TOTAL                         668.88
|                                             ---------
|                                  tax total   79.74
```

```
                                                       state tax   fed tax   other tax
                                              net      exempt      exempt    exempt       gross
TOTALS BY CARD                    gallons     amount   amount      amount    amount       amount

    1 MEMBER B27001  27001         30.18      120.12   0.00        0.00      0.00         120.12
    3 MEMBER B27003  27003         17.08       62.50   0.00        0.00      0.00          62.50
    6 MEMBER B27006  27006         13.21       51.51   0.00        0.00      0.00          51.51
    7 MEMBER B27007  27007         16.67       58.85   0.00        0.00      0.00          58.85
   12 MEMBER B27012  27012         46.42      179.99   0.00        0.00      0.00         179.99
   13 MEMBER B27013  27013         17.70       68.97   0.00        0.00      0.00          68.97
   16 MEMBER B27016  27016         13.16       50.00   0.00        0.00      0.00          50.00
   23 MEMBER B27023  27023         20.52       76.94   0.00        0.00      0.00          76.94
                                  --------    -------  -------     -------   -------      -------
                                   174.94     668.88   0.00        0.00      0.00         668.88

                                                       state tax   fed tax   other tax
                                              net      exempt      exempt    exempt       gross
TOTALS BY DRIVER PIN              gallons     amount   amount      amount    amount       amount

002468   DRIVER                    174.94     668.88   0.00        0.00      0.00         668.88
                                  --------   -------  -------     -------   -------      -------
                                   174.94     668.88   0.00        0.00      0.00         668.88
```

```
PAYMENT/CREDIT INFORMATION
==========================
Credit Limit:           7,500.00
Credit Available:       6,242.29

Transaction  Invoice   Date       Reference        Amount
-----------  -------   --------   ----------       ------
I            46616     05/15/08                    588.83
                                                   ------
                                  Prior Bal.       588.83
```

Thank You for Your Business



Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
MYGALLONS.COM              INVOICE NUMBER      47357
STEVEN VERONA              ACCOUNT NUMBER      621143
1221 BRICKELL AVE          INVOICE DATE        05/31/08
SUITE 900                  DUE DATE            06/20/08
Miami, FL   33131          Invoice Period:     May 2008
                           PAGE        3
```

```
==============================================================================================
Current Month  Current      30 days      60 days      90 days   over 120   Unapplied   Total Due
    668.88       0.00       588.83         0.00         0.00       0.00        0.00    1,257.71
==============================================================================================
```

Dear valued customers,
Beginning December 1st 2007, finance charge calculations will begin
on the 25th of each month. Please make a note of this in your
billing system. Thank you for your understanding. If you have
any questions about this change or your invoice, please call
our help desk at 866-712-5802 or email us at billing@gogasfleet.com.

```
==============================================================================================
              ****** PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT ******
```

```
       Account # 621143    MYGALLONS.COM              Current Invoice   $     668.88
                                                      Prior Balance     $     588.83
                                                      Finance Charge    $       0.00
Remit to: GOGAS Fleet                                 Total Due         $   1,257.71
   Attn: Fleet Department
         3301 Burnt Mill Dr
         Wilmington    , NC 28403         Check # _____  Amount $ _____
```

Thank You for Your Business



**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

MYGALLONS.COM
STEVEN VERONA
1221 BRICKELL AVE
SUITE 900
Miami, FL  33131

INVOICE NUMBER    49043CT
ACCOUNT NUMBER    621143
INVOICE DATE      06/15/08
DUE DATE          07/05/08
Invoice Period:   Jun 2008
PAGE    1

```
MEMBER B27001                    Previous Odometer:       0
   1  06/04  DRIVER     543439  PLUS      0     0    13.650   0.0   4.212    57.49    57.49   0.00
   1  06/05  DRIVER     554202  UNL       0     0    16.960   0.0   4.200    71.23    71.23   0.00
   1  06/14  DRIVER     528261  SUPER     0     0    15.430   0.0   4.380    67.58    67.58   0.00
                                                     46.040         Subtotal 196.30   196.30   0.00

MEMBER B27006                    Previous Odometer:       0
   6  06/01  DRIVER     511560  UB10      0     0    12.630   0.0   3.960    50.01    50.01   0.00
   6  06/06  DRIVER     511560  UB10      0     0    13.330   0.0   3.901    52.00    52.00   0.00
                                                     25.960         Subtotal 102.01   102.01   0.00

MEMBER B27007                    Previous Odometer:       0
   7  06/05  DRIVER     541848  UNL       0     0    18.560   0.0   3.960    73.49    73.49   0.00
                                                     18.560         Subtotal  73.49    73.49   0.00

MEMBER B27012                    Previous Odometer:       0
  12  06/02  DRIVER     511375  UNL       0     0    12.900   0.0   4.186    54.00    54.00   0.00
  12  06/04  DRIVER     550672  UNL       0     0    11.330   0.0   4.139    46.90    46.90   0.00
  12  06/05  DRIVER     516893  UNL       0     0     9.750   0.0   4.103    40.00    40.00   0.00
                                                     33.980         Subtotal 140.90   140.90   0.00

MEMBER B27013                    Previous Odometer:       0
  13  06/01  DRIVER     516465  UNL       0     0     9.290   0.0   4.081    37.91    37.91   0.00
  13  06/04  DRIVER     507539  UNL       0     0    10.460   0.0   4.040    42.26    42.26   0.00
                                                     19.750         Subtotal  80.17    80.17   0.00

MEMBER B27016                    Previous Odometer:       0
  16  06/03  DRIVER     516895  UNL       0     0    14.410   0.0   3.890    56.06    56.06   0.00
  16  06/11  DRIVER     523633  UB10      0     0    16.680   0.0   3.961    66.07    66.07   0.00
                                                     31.090         Subtotal 122.13   122.13   0.00

MEMBER B27017                    Previous Odometer:       0
  17  06/09  DRIVER     548078  PLUS      0     0    15.540   0.0   4.001    62.18    62.18   0.00
  17  06/13  DRIVER     548078  PLUS      0     0    17.200   0.0   4.100    70.52    70.52   0.00
                                                     32.740         Subtotal 132.70   132.70   0.00
==============================================================================================
                                                                   Fuel Subtotal   847.70
```

```
                                         Trans                              Universal
Where you Shopped       Transactions     Rate          Gallons    Ratio    Subtotal
--------------------------------------------------------------------------------------
Universal Site Usage         15          0.00          208.12    100.00         0.00
                          ---------                  ---------                ---------
Subtotal:                    15                        208.12                   0.00
```

SITE LISTING
------------
```
507539    TREVOSE, PA       2767 U.S. ROUTE #1         TREVOSE      PA
511375    NEWTOWN, PA       695 NEWTOWN YARDLEY RD     NEWTOWN      PA
511560    DUBLIN, OH        6695 PERIMETER LOOP        DUBLIN       OH
516465    LANGHORNE, PA     1266 E OLD LINCOLN         LANGHORNE    PA
516893    BLUE BELL, PA     889 DEKALB PIKE            BLUE BELL    PA
516895    HAMMONTON, NJ     734 N. 12TH STREET         HAMMONTON    NJ
523633    BRICK, NJ         592 ROUTE 70               BRICK        NJ
```

Thank You for Your Business



**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
                                           INVOICE NUMBER      49043CT
        MYGALLONS.COM                      ACCOUNT NUMBER      621143
        STEVEN VERONA
        1221 BRICKELL AVE                  INVOICE DATE        06/15/08
        SUITE 900
        Miami, FL   33131                  DUE DATE            07/05/08

                                           Invoice Period:     Jun 2008
                                           PAGE      2
```

| | | | | | |
|---|---|---|---|---|---|
| 528261 | JUPITER, FL | 3950 INDIANTOWN RD | JUPITER | FL |
| 541848 | PEORIA, AZ | 9070 W BELL RD | PEORIA | AZ |
| 543439 | HALNDLE BCH, FL | 800 W HALLANDLE BCH BLVD | HALNDLE BCH | FL |
| 548078 | WESTERVILLE, OH | 5230 WARNER RD | WESTERVILLE | OH |
| 550672 | CONSHOHOCKEN, PA | 1608 BUTLER PIKE | CONSHOHOCKEN | PA |
| 554202 | NORTH MIAMI, FL | 13480 W DIXIE HWY | NORTH MIAMI | FL |

| CURRENT INVOICE TOTAL | 847.70 |
|---|---|

**EXCISE TAX SUMMARY**

| | | Base | Rate | Tax |
|---|---|---|---|---|
| FEDERAL | Fed Exc Gas | 208.12 | 0.18400 | 38.27 |
| FEDERAL | FED ENVIR RE | 208.12 | 0.00120 | 0.26 |
| FL | ST EX G | 46.04 | 0.04000 | 1.85 |
| Broward | CY EX G | 13.65 | 0.01760 | 0.24 |
| FL | CY SLS TX | | 0.06000 | 10.42 |
| FL | Inspection | 46.04 | 0.02196 | 1.01 |
| Miami-Dade | CY EX G | 16.96 | 0.01560 | 0.26 |
| Palm Beach | CY EX G | 15.43 | 0.01760 | 0.27 |
| OH | ST EX G | 58.70 | 0.26000 | 15.26 |
| OH | ST SLS TX | | 0.07000 | 13.63 |
| AZ | ST EX G | 18.56 | 0.18000 | 3.34 |
| AZ | Inspection | 18.56 | 0.01000 | 0.19 |
| PA | ST EX G | 53.73 | 0.26200 | 14.07 |
| PA | CY SLS TX | | 0.06000 | 11.16 |
| NJ | ST EX G | 31.09 | 0.10500 | 3.26 |
| | | | tax total | 113.49 |

**PRODUCT SUMMARY**

| | Qty | Amount |
|---|---|---|
| PLUS | 46.4 | 190.19 |
| UNL | 103.7 | 421.85 |
| SUPER | 15.4 | 67.58 |
| UB10 | 42.6 | 168.08 |
| total | 208.1 | 847.70 |
| TOTAL | | 847.70 |

**TOTALS BY CARD**

| | | gallons | net amount | state tax exempt amount | fed tax exempt amount | other tax exempt amount | gross amount |
|---|---|---|---|---|---|---|---|
| 1 MEMBER B27001 | 27001 | 46.04 | 196.30 | 0.00 | 0.00 | 0.00 | 196.30 |
| 6 MEMBER B27006 | 27006 | 25.96 | 102.01 | 0.00 | 0.00 | 0.00 | 102.01 |
| 7 MEMBER B27007 | 27007 | 18.56 | 73.49 | 0.00 | 0.00 | 0.00 | 73.49 |
| 12 MEMBER B27012 | 27012 | 33.98 | 140.90 | 0.00 | 0.00 | 0.00 | 140.90 |
| 13 MEMBER B27013 | 27013 | 19.75 | 80.17 | 0.00 | 0.00 | 0.00 | 80.17 |
| 16 MEMBER B27016 | 27016 | 31.09 | 122.13 | 0.00 | 0.00 | 0.00 | 122.13 |
| 17 MEMBER B27017 | 27017 | 32.74 | 132.70 | 0.00 | 0.00 | 0.00 | 132.70 |
| | | 208.12 | 847.70 | 0.00 | 0.00 | 0.00 | 847.70 |

**TOTALS BY DRIVER PIN**

| | | gallons | net amount | state tax exempt amount | fed tax exempt amount | other tax exempt amount | gross amount |
|---|---|---|---|---|---|---|---|
| 002468 | DRIVER | 208.12 | 847.70 | 0.00 | 0.00 | 0.00 | 847.70 |
| | | 208.12 | 847.70 | 0.00 | 0.00 | 0.00 | 847.70 |

Thank You for Your Business



**GOGAS** UNIVERSAL
*We Keep You Going!*

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
MYGALLONS.COM                    INVOICE NUMBER      49043
STEVEN VERONA                    ACCOUNT NUMBER      621143
1221 BRICKELL AVE                INVOICE DATE        06/15/08
SUITE 900                        DUE DATE            07/05/08
Miami, FL   33131                Invoice Period:     Jun 2008
                                 PAGE        3
```

```
PAYMENT/CREDIT INFORMATION
==========================
Credit Limit:         7,500.00
Credit Available:     5,394.59

Transaction  Invoice    Date      Reference     Amount
-----------  -------    ----      ---------     ------
BF                     06/01/08                 1,257.71
                                                --------
                                  Prior Bal.    1,257.71

============================================================================
Current Month  Current      30 days    60 days    90 days   over 120   Unapplied   Total Due
    847.70        0.00       668.88     588.83       0.00       0.00        0.00    2,105.41
============================================================================
```

```
        Dear valued customers,
        Beginning December 1st 2007, finance charge calculations will begin
        on the 25th of each month. Please make a note of this in your
        billing system. Thank you for your understanding. If you have
        any questions about this change or your invoice, please call
        our help desk at 866-712-5802 or email us at billing@gogasfleet.com.
```

```
============================================================================================
                ****** PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT ******

         Account # 621143    MYGALLONS.COM                 Current Invoice   $     847.70
                                                           Prior Balance     $   1,257.71
                                                           Finance Charge    $       0.00
                                                           Total Due         $   2,105.41
Remit to: GOGAS Fleet
    Attn: Fleet Department
          3301 Burnt Mill Dr
          Wilmington    , NC 28403           Check # _____    Amount $ _____
```

Thank You for Your Business



**GOGAS UNIVERSAL**
*We Keep You Going!*

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

|  |  |
|---|---|
| INVOICE NUMBER | 49705CT |
| ACCOUNT NUMBER | 621143 |
| INVOICE DATE | 06/30/08 |
| DUE DATE | 07/20/08 |
| Invoice Period: | Jun 2008 |
| PAGE | 1 |

MYGALLONS.COM
STEVEN VERONA
1221 BRICKELL AVE
SUITE 900
Miami, FL   33131

```
MEMBER B27001                    Previous Odometer:      0
    1  06/22  DRIVER    513591  SUPER     0    0    11.010   0.0   4.541   50.00    50.00    0.00
    1  06/24  DRIVER    538221  PLUS      0    0    12.400   0.0   3.920   48.61    48.61    0.00
    1  06/29  DRIVER    545065  SUPER     0    0     6.590   0.0   4.552   30.00    30.00    0.00
    1  06/29  DRIVER    545065  SUPER     0    0     6.590   0.0   4.552   30.00    30.00    0.00
                                                     36.590       Subtotal 158.61   158.61    0.00

MEMBER B27006                    Previous Odometer:      0
    6  06/16  DRIVER    511560  UB10      0    0    11.250   0.0   4.000   45.00    45.00    0.00
                                                     11.250       Subtotal  45.00    45.00    0.00

MEMBER B27007                    Previous Odometer:      0
    7  06/28  DRIVER    531938  UNL       0    0    16.830   0.0   4.100   69.01    69.01    0.00
                                                     16.830       Subtotal  69.01    69.01    0.00

MEMBER B27016                    Previous Odometer:      0
   16  06/19  DRIVER    555777  UNL       0    0    10.000   0.0   4.161   41.61    41.61    0.00
   16  06/20  DRIVER    543506  UNL       0    0    12.660   0.0   3.938   49.85    49.85    0.00
   16  06/30  DRIVER    508560  PLUS      0    0    12.820   0.0   3.900   50.00    50.00    0.00
                                                     35.480       Subtotal 141.46   141.46    0.00

MEMBER B27017                    Previous Odometer:      0
   17  06/28  DRIVER    529513  SUPER     0    0    16.830   0.0   4.200   70.69    70.69    0.00
                                                     16.830       Subtotal  70.69    70.69    0.00

MEMBER B27020                    Previous Odometer:      0
   20  06/22  DRIVER    548078  PLUS      0    0    15.580   0.0   4.051   63.12    63.12    0.00
                                                     15.580       Subtotal  63.12    63.12    0.00
===========================================================================================================
                                                             Fuel Subtotal          547.89
```

```
                                                 Trans                                Universal
Where you Shopped        Transactions            Rate        Gallons      Ratio      Subtotal
-----------------------------------------------------------------------------------------------
Universal Site Usage           11                0.00        132.56      100.00          0.00
                           ----------                      ----------              ----------
Subtotal:                      11                            132.56                      0.00
```

```
SITE LISTING
------------
508560     ATLANTIC CITY, NJ    3701 VENTNOR&ALBANY AVE    ATLANTIC CITY      NJ
511560     DUBLIN, OH           6695 PERIMETER LOOP         DUBLIN             OH
513591     MIAMI BEACH, FL      1453 ALTON RD               MIAMI BEACH        FL
529513     COLUMBUS, OH         4242 MORSE ROAD             COLUMBUS           OH
531938     SUN CITY, AZ         9848 W BELL RD              SUN CITY           AZ
538221     CHERRY HILL, NJ      2131 RT 70 WEST             CHERRY HILL        NJ
543506     EGG HARBOR TW, NJ    2428 TILTON ROAD            EGG HARBOR TW      NJ
545065     KEY BISCAYNE, FL     70 CRANDON BLVD             KEY BISCAYNE       FL
548078     WESTERVILLE, OH      5230 WARNER RD              WESTERVILLE        OH
555777     MARGATE, NJ          7901 VENTNOR AVE.           MARGATE            NJ
```

Thank You for Your Business



**GOGAS** UNIVERSAL
*We Keep You Going!*

Universal Fleet Card Invoice

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
                                        INVOICE NUMBER    49705CT

          MYGALLONS.COM                 ACCOUNT NUMBER    621143
          STEVEN VERONA
          1221 BRICKELL AVE             INVOICE DATE      06/30/08
          SUITE 900
          Miami, FL   33131             DUE DATE          07/20/08

                                        Invoice Period:   Jun 2008
                                        PAGE       2
```

|                        |        |
|------------------------|-------:|
| CURRENT INVOICE TOTAL  | 547.89 |

```
|EXCISE TAX SUMMARY                                          PRODUCT SUMMARY
|                    Base        Rate       Tax                                Qty      Amount
|FEDERAL  Fed Exc Gas  132.56    0.18400    24.40            SUPER             41.0     180.69
|FEDERAL  FED ENVIR RE 132.56    0.00120     0.16            PLUS              40.8     161.73
|FL       ST EX   G     24.19    0.04000     0.96            UB10              11.3      45.00
|Miami-Dade CY EX G     24.19    0.01560     0.37            UNL               39.5     160.47
|FL       CY SLS TX              0.06000     5.87                                     ---------
|FL       Inspection    24.19    0.02196     0.52            total            132.6     547.89
|NJ       ST EX   G     47.88    0.10500     5.03
|OH       ST EX   G     43.66    0.26000    11.36                                     ---------
|OH       ST SLS TX              0.07000    10.43            TOTAL                      547.89
|AZ       ST EX   G     16.83    0.18000     3.03
|AZ       Inspection    16.83    0.01000     0.17
|                                          --------
|                                tax total   62.30
```

```
                                                      state tax  fed tax   other tax
                                              net      exempt    exempt    exempt     gross
TOTALS BY CARD                    gallons    amount    amount    amount    amount    amount

    1 MEMBER B27001   27001        36.59     158.61     0.00      0.00      0.00     158.61
    6 MEMBER B27006   27006        11.25      45.00     0.00      0.00      0.00      45.00
    7 MEMBER B27007   27007        16.83      69.01     0.00      0.00      0.00      69.01
   16 MEMBER B27016   27016        35.48     141.46     0.00      0.00      0.00     141.46
   17 MEMBER B27017   27017        16.83      70.69     0.00      0.00      0.00      70.69
   20 MEMBER B27020   27020        15.58      63.12     0.00      0.00      0.00      63.12
                                 --------   --------  --------  --------  --------  --------
                                  132.56     547.89     0.00      0.00      0.00     547.89

                                                      state tax  fed tax   other tax
                                              net      exempt    exempt    exempt     gross
TOTALS BY DRIVER PIN              gallons    amount    amount    amount    amount    amount

002468    DRIVER                  132.56     547.89     0.00      0.00      0.00     547.89
                                 --------   --------  --------  --------  --------  --------
                                  132.56     547.89     0.00      0.00      0.00     547.89
```

```
PAYMENT/CREDIT INFORMATION
==========================
Credit Limit:          7,500.00
Credit Available:      4,838.95

Transaction  Invoice   Date       Reference      Amount
-----------  -------   --------   ---------      --------
BF                     06/01/08                  1,257.71
I            49043     06/15/08                    847.70
FC           49517     06/30/08                      7.75
                                                --------
                                  Prior Bal.    2,113.16
```

Thank You for Your Business



**Universal Fleet Card Invoice**

Help Desk: (910) 762-5802
Toll Free: (866) 712-5802
Fax: (910) 251-0079
Email: billing@gogasfleet.com

```
MYGALLONS.COM                        INVOICE NUMBER      49705
STEVEN VERONA                        ACCOUNT NUMBER     621143
1221 BRICKELL AVE                    INVOICE DATE     06/30/08
SUITE 900                            DUE DATE         07/20/08
Miami, FL    33131                   Invoice Period:  Jun 2008
                                     PAGE       3
```

```
=================================================================================================
Current Month  Current      30 days      60 days     90 days    over 120    Unapplied    Total Due
    547.89        7.75     1,516.58      588.83        0.00        0.00        0.00      2,661.05
=================================================================================================
```

```
If you have any questions about your account,
please call our help desk at 866-712-5802
or email us at helpdesk@gogasfleet.com.
We appreciate your business.
```

```
=================================================================================================
              ****** PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT ******

       Account # 621143     MYGALLONS.COM            Current Invoice   $    547.89
                                                     Prior Balance     $  2,105.41
                                                     Finance Charge    $      7.75
Remit to: GOGAS Fleet                                Total Due         $  2,661.05
    Attn: Fleet Department
          3301 Burnt Mill Dr
          Wilmington    , NC 28403       Check # _____    Amount $ _____
```

Thank You for Your Business