

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:09-CV-057-BR

STEVEN VERONA, MYGALLONS LLC, )
and ZENACON LLC, )
)
Plaintiffs, )
v. ) VERDICT
)
)
U.S. BANCORP, VOYAGER )
FLEET SYSTEMS, INC., )
)
Defendants. )

FILED IN OPEN COURT
ON 10-18-11 KM
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

1. Did the defendants breach any contract with

   (a) Zenacon LLC?

   _____ Yes    \_\_✓\_\_ No

   (b) MyGallons LLC?

   _____ Yes    \_\_✓\_\_ No

2. Is MyGallons LLC entitled to invoke the doctrine of promissory estoppel to enforce any agreement with the defendants?

   _____ Yes    \_\_✓\_\_ No

3. Did the defendants defame MyGallons LLC?

   \_\_✓\_\_ Yes    _____ No

4. Did Steven Verona and Zenacon LLC breach a contract with Voyager?

   \_\_✓\_\_ Yes    _____ No

5. What amount, if any, is Zenacon LLC or MyGallons LLC entitled to recover for breach of contract or promissory estoppel?

   $ __0__

6. What amount, if any, is MyGallons LLC entitled to recover for defamation?

   $ __4,000,000.00__

7. What amount, if any, is Voyager entitled to recover for breach of contract?

   $ __1,046.00__


_____          __10-18-11__

Foreperson                                        Date

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.