| | |
|---|---|
| Steven Verona, ) | |
| MyGallons, LLC, ) | |
| Zenacon, LLC, ) | |
|         Plaintiffs, ) | |
| ) | |
|    v. ) | **JUDGMENT** |
| ) | |
| U.S. Bank Voyager Fleet Systems, Inc. ) | 7:09-CV-57-BR |
| U.S. Bancorp, ) | |
| ) | |
|         Defendants. ) | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants Voyager Fleet Systems, Inc. and U.S. Bancorp's motion for judgment as a matter of law is granted as to plaintiff Steven Verona.

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff MyGallons, LLC is entitled to recover from defendants Voyager Fleet Systems, Inc. and U.S. Bancorp $4,000,000.00 for defamation and shall bear interest at the legal rate.

**IT IS ORDERED, ADJUDGED AND DECREED** that counter claimant Voyager Fleet Systems, Inc. is entitled to recover from counter defendants Steven Verona and Zenacon, LLC $1096.00 for breach of contract and shall bear interest at the legal rate.

.

**This judgment filed and entered on October 18, 2011, and served on:**
Marcus Samuel McGee (Via CM/ECF Notice of Electronic Filing)
Russell D. Paul (Via CM/ECF Notice of Electronic Filing)
Sherrie R. Savett (Via CM/ECF Notice of Electronic Filing)
Douglas M. Risen (Via CM/ECF Notice of Electronic Filing)
Gary W. Jackson (Via CM/ECF Notice of Electronic Filing)
Jacob M. Polakoff (Via CM/ECF Notice of Electronic Filing)
Christopher R. Morris (Via CM/ECF Notice of Electronic Filing)
Johnny M. Loper (Via CM/ECF Notice of Electronic Filing)
Lewis A. Remele, Jr. (Via CM/ECF Notice of Electronic Filing)
Christopher Dougherty (Via US Mail at 1845 Walnut Street, 17th Floor, Philadelphia, PA 19103
Joel Matthew Wertman (Via US Mail at 1845 Walnut Street, 17th Floor, Philadelphia, PA 19103


October 18, 2011                                     /s/ Dennis P. Iavarone,
                                                     Clerk of Court