UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:09-CV-057-BR

| | |
|---|---|
| STEVEN VERONA, MYGALLONS LLC, and ZENACON LLC, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>)<br>U.S. BANCORP, U.S. BANK VOYAGER FLEET SYSTEMS INC., and K.E. AUSTIN CORP., )<br>)<br>)<br>)<br>Defendants. ) | ORDER |

This matter is before the court on plaintiff MyGallons LLC and defendants U.S. Bancorp and Voyager Fleet Systems, Inc.'s joint motion to stay any proceedings to enforce or execute on the judgment entered 18 October 2011. The motion is ALLOWED. Execution of the 18 October 2011 judgment and any proceedings to enforce such judgment are hereby STAYED until the final disposition of all appeals relating to such judgment.

This 19 July 2012.

_____
W. Earl Britt
Senior U.S. District Judge